JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RHAMBO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TAHA HOLDINGS, LLC, et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-06532-AB-SSC<br><br>**ORDER DISMISSING CIVIL ACTION** |

　　The Court has been advised that this action has been settled.

　　The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: November 21, 2023

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.